# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2020

156150

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JOSHUA WADE,
             Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN,
             Defendant-Appellee.

SC: 156150
COA: 330555
Ct of Claims: 15-000129-MZ

_____/

By order of May 22, 2019, the application for leave to appeal the June 6, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *New York State Rifle & Pistol Ass'n, Inc v City of New York,* 590 US ___ (2020) (Docket No. 18-280). On order of the Court, the case having been decided on May 29, 2020, the application is again considered, and it is GRANTED. The parties shall address: (1) whether the two-part analysis applied by the Court of Appeals is consistent with *District of Columbia v Heller*, 554 US 570 (2008), and *McDonald v Chicago*, 561 US 742 (2010), cf. *Rogers v Grewal*, 140 S Ct 1865, 1867 (2020) (Thomas, J., dissenting); (2) if so, whether intermediate or strict judicial scrutiny applies in this case; and (3) whether the University of Michigan's firearm policy is violative of the Second Amendment, considering among other factors whether this policy reflects historical or traditional firearm restrictions within a university setting and whether it is relevant to consider this policy in light of the University's geographic breadth within the city of Ann Arbor.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

BERNSTEIN, J., not participating.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2020



Clerk

a1103